# IN THE SUPREME COURT OF THE STATE OF NEVADA

DELBERT CHARLES COBB,
                    Appellant,
vs.
JAMES DZURENDA, DIRECTOR OF
NEVADA DEPARTMENT OF
CORRECTIONS; THE STATE OF
NEVADA DEPARTMENT OF
CORRECTIONS; CORE CIVIC;
SAGUARO CORRECTIONAL CENTER;
AND T. THOMAS, WARDEN,
                    Respondents.

No. 77986

**FILED**

FEB 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision of the district court. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. Appellant states that "failed timely response or order under statute is the same as a denial of Cobb's first amendment petition filed June 26, 2018." But appellant does not identify an appealable order in his notice of appeal. And the district court docket entries indicate that the district court has not entered any written orders in this matter. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-08659

cc:    Hon. Stefany Miley, District Judge
        Delbert Charles Cobb
        Attorney General/Carson City
        Eighth District Court Clerk